# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **RODGER D. STEVENS,** | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | **CIV-24-047-RAW-DES** |
| **WILLIAM RANKINS,** | ) ) ) | |
| Respondent. | ) ) | |

## OPINION AND ORDER

Now before the Court is Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the Court's attention that Petitioner was convicted in **Creek County, Oklahoma**, which is located within the territorial jurisdiction of the **Northern District of Oklahoma**. Accordingly, in the furtherance of justice, this matter may be more properly addressed in that district.

Therefore, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred to the Northern District of Oklahoma** for all further proceedings.

**IT IS SO ORDERED** this 7th day of February 2024.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE